UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMCAST OF MASSACHUSETTS III, INC. | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 03-12579-MEL |
| v. | ) ) | |
| WILLIAM SCHUSTER | ) ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid a conflict arising from a financial interest.

See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: January 5, 2004
Boston, Massachusetts

\S\ George H. Howarth
Deputy Clerk