AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Comcast of Massachusetts III, Inc.

V.

William Schuster

**SUMMONS IN A CIVIL CASE**

03  12579 MEL

CASE NUMBER:

TO: (Name and address of Defendant)

William Schuster
53 Central Ave
Ayer, MA 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 22 2003
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 28, 2004

By virtue of this writ I have made diligent search for the within-named WILLIAM SCHUSTER and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county. I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

_Gerard N. Whitman_
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 26, 2004
I hereby certify and return that on 2/19/2004 at 4:20PM I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of WILLIAM SCHUSTER, , 8 LAWTON Road Shirley, MA 01464 and by mailing 1st class to the above address on 2/19/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($17.68) Total Charges $55.18

LOWELL

_Gerard N. Whitman_
Deputy Sheriff

0400/512

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

0400797