UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Case No.
03-12579 MEL

| COMCAST OF MASSACHUSETTS III, INC. |
|---|
| Plaintiff |
| v. |
| WILLIAM SCHUSTER |
| Defendant |

**ANSWER OF WILLIAM SCHUSTER**

Defendant, William Schuster, responds to the numbered paragraphs of the Complaint of Comcast of Massachusetts III, Inc. as follows:

1. William Schuster ("Defendant") denies causing any injury to Comcast of Massachusetts III, Inc. as alleged in paragraph 1.

2. The Defendant denies the use and/or distribution of (1) statutorily prohibited electronic device that descrambled and intercepted Comcast's cable television signal.

3. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statement set forth in paragraph 3.

4. The Defendant's principal residence is 8 Lawton Road, Shirley, Massachusetts. The Defendant has not resided at 58 Central Ave., Ayer Massachusetts since approximately February 1, 2002.

5-6. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statements set forth in paragraph 5 and 6.

7-12. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statements set forth in paragraphs 7 through 12.

13. The Defendant admits receiving one (1) device. The Defendant further states that the device was returned, unused, to the company from whom the Defendant purchased the device, the day after it was received.

14. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statement set forth in paragraph 14.

15. The Defendant denies the allegations set forth in paragraph 15.

16. The Defendant denies the allegations set forth in paragraph 16.

17. The Defendant denies the allegations set forth in paragraph 17.

18. The Defendant repeats his responses to the allegations set forth in paragraphs 1 through 17 above.

19. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statement set forth in paragraph 19.

20. The Defendant denies the allegations set forth in paragraph 20.

21. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statement set forth in paragraph 21.

22. The Defendant denies the allegations set forth in paragraph 22.

23. The Defendant denies interception and use of Comcast's cable transmissions.

24. The Defendant denies the allegations set forth in paragraph 24.

25. The Defendant repeats his responses to the allegations set forth in paragraphs 1 through 24 above.

26. The Defendant denies the allegations set forth in paragraph 26.

27. The Defendant denies the allegations set forth in paragraph 27.

28. The Defendant lacks knowledge and information sufficient to form a belief as to the truth of the statement set forth in paragraph 28.

29. The Defendant denies the allegations set forth in paragraph 29.

30. The Defendant denies assisting a third party in obtaining a descrambling device.

31. The Defendant denies the allegations set forth in paragraph 31.

32. The Defendant repeats his responses to the allegations set forth in paragraphs 1 through 31 above.

33. The Defendant denies the allegations set forth in paragraph 33.

34. The Defendant denies the allegations set forth in paragraph 34.

35. The Defendant denies the allegations set forth in paragraph 35.

36. The Defendant repeats his responses to the allegations set forth in paragraphs 1 through 35 above.

37-39. The Defendant denies the allegations set forth in paragraphs 37-39.

**WHEREFORE**, Defendant William Schuster prays that the complaint of Comcast of Massachusetts III, INC. against him be dismissed and William Schuster be awarded his costs and such other relief as is just and appropriate.

Respectfully submitted by the Defendant,
William Schuster

*/William Schuster/*

March 9, 2004

Clerk – Civil
United States District Court
District of Massachusetts
One Courthouse Way, Suite 300
Boston, MA  02210

    Re:    Comcast of Massachusetts III, Inc. v. William Schuster
            United States District Court, District of Massachusetts
            Civil Case No. 03-12579 MEL

Dear Sir/Madam:

    Enclosed for filing in the above-entitled matter, please find Answer of William Schuster.

    Thank you for your cooperation in this matter.

                                    Very truly yours,

                                    William Schuster

cc:    John M. McLaughlin, Esquire