UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.:  03-12579-NG |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE |
| vs. ) | |
| ) | |
| **William Schuster** ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(ii), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By It's Attorney,

9/15/04
Date

John M. McLaughlin, Its Member
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Telephone:  (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
William Schuster, *Pro Se*

Sept. 1, 2004
Date

William Schuster
58 Central Ave
Ayer, MA 01432

1

## CERTIFICATE OF SERVICE

I, William Schuster, the Defendant, hereby certify that on this 2nd day of September, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210

*William Schuster*
William Schuster